NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POLO GEAR INTELLECTUAL PROPERTIES, INC., POLOGEAR LLC,**
*Appellants*

**v.**

**PRL USA HOLDINGS, INC.,**
*Appellee*

---

2016-2478, 2016-2568

---

Appeals from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Nos. 91207805, 91221338, 91224180.

---

**JUDGMENT**

---

ROBERT ALLEN ROWAN, Nixon & Vanderhye P.C., Arlington, VA, argued for appellants. Also represented by SHERYL DE LUCA.

DANIEL I. SCHLOSS, Greenberg Traurig LLP, New York, NY, argued for appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, MOORE, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  July 17, 2017  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
| | Clerk of Court |